

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00666-CV

**IN RE** Trudy Jane Schuetze **SUNDIN**

Original Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: November 2, 2016

PETITION FOR WRIT OF INJUNCTION DENIED

On October 12, 2016, Relator filed a petition for writ of injunction, alternative motion for emergency relief and motion to consolidate. The court has considered Relator's petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of injunction is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 16-048-PR, styled *In the Estate of Jack C. Gilbert, Jr., Deceased*, pending in the County Court at Law, Kendall County, Texas, the Honorable Stephen B. Ables presiding.